CARL H. PEARSON, Appellant, v. MARY WILLIAMS, Individually and as Executrix, etc., of AUGUST WILLIAMS, Deceased, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals

denied. Stay granted for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.